20061107000140 Bk: 3523 Pg: 88
RECORDED Cranston, RI Pg 1 of 1
11/07/2006 08:59:00 DECSN

Individuals requesting services for the hearing impaired must notify the Office of the City Clerk at least 48 hours in advance at 461-1000 X 3198

**OFFICE OF THE ZONING BOARD OF REVIEW**

Stephen P. Laffey
Mayor

Stephen W. Rioles
Secretary

Kerry Anderson
Enforcing Officer

Regular meeting on
Second Wednesday

**CITY HALL**
**869 PARK AVENUE**
**Cranston Rhode Island 02910**

Board Members
Chairwoman
Joy Montanaro
Edward DiMuccio
Curtis Ponder
Frank Corrao III
Donald Curran

Alternate Members
Adam Sepe
Craig Cardullo

**NOTICE OF DECISION**

You are hereby notified that **SOLID ROCK CHURCH 42 WEST STREET WEST WARWICK RI 02886 (OWN) AND OMNIPOINT HOLDINGS INC A WHOLLY-OWNED SUBSIDIARY OF T-MOBILE USA INC 50 VISION BOULEVARD E PROVIDENCE RI 02914 (APP)** have filed an application for special permit to build a 90'+/- flagpole style wireless communications tower with related facilities at **1753 Phenix Avenue.** AP 24, lot 4, area 4.07 acres, zoned A-80. Applicant seeks relief from Sections; 17.92.010 Variance, 17.20.120 Schedule of Intensity, 17.20.030 Schedule of Uses.

This Application was **DENIED on 9/13/06**

If you deem the Zoning Board's decision unfavorable, you may appeal it to the Providence County Superior Court within a period of twenty days.

By Order of the Zoning Board of Review
Stephen W. Rioles Secretary