**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.<br>Plaintiff,<br><br>V.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review | ) | C.A. No. 06-531 ML |

**STIPULATION**

By agreement of the parties, the above-named defendants shall have up to and including January 24, 2007 to file an answer or responsive pleading to the Complaint filed in the above-entitled action.

Plaintiff
By and through its Counsel

/s/ Paul Cantor
Paul Cantor, #3177
Law Office of Paul Cantor
321 South Main Street
Providence, Rhode Island 02860
Telephone: (401) 351-8200
Facsimile: (401) 351-9032
Psc@cantorlaw.com

Defendants
By and through their Counsel

/s/ Christian C. Potter
Michael J. Lepizzera, Jr., #4995
Christian C. Potter #5359
Lepizzera & Laprocina
301 Metro Center Blvd, Suite 102
Warwick, Rhode Island 02886
Telephone: (401) 739-7397
Cpotter@lldlawyers.com
Mlepizzera@lldlawyers.com