(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Rhode Island

Omnipoint Holdings, Inc.

V.

The City of Cranston, The Zoning Board of Review of the City of Cranston, and Joy Montanaro, Edward Dimuccio, Curtis Ponder, Frank Corso, III and Donald Curran in their capacities as members of the City of Cranston Zoning Board of Review

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-531ML

TO: (Name and address of Defendant)

Curtis Ponder
48 Nickerson Street
Cranston, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul S. Cantor, Esq.
321 South Main Street, Suite 302
Providence, RI 02903

answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/28/06

Barbara Barletta

(By) DEPUTY CLERK

0 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| e of the Summons and complaint was made by me(1) | DATE 1-18-07 |
| F SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

ck one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1000 Pontiac Ave, Cranston, RI.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

X [signature]

### STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/18/07
Date

[signature]
*Signature of Server*

16 Grnell Ave, Rumford, RI 02916
*Address of Server*

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2007 JAN 24 A 10:44
FILED

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.