UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review, <br><br> Defendants. | ) | C.A. No. 06-531-ML-DLM |

STIPULATION

By agreement of the parties, the above-named defendants shall have up to and including February 16, 2007 to file an answer or responsive pleading to the Complaint filed in the above-entitled action.

Plaintiff,
By and through its Counsel,

/s/ Paul S. Cantor
Paul Cantor, Esq. (#3177)
Law Office of Paul Cantor
321 South Main Street
Providence, R.I. 02903
Telephone: (401) 351-8200
Facsimile: (401) 351-9032
psc@pcantorlaw.com

January 31, 2007

Defendants,
By and through their counsel,

/s/ Jeffrey S. Michaelson
Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 195-5220
jeffmichaelson@cox.net

January 31, 2007