UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OMNIPOINT HOLDINGS, INC., )
)
Plaintiff, )
)
v. ) C.A. No. 06-531-ML-DLM
)
THE CITY OF CRANSTON, THE ZONING )
BOARD OF REVIEW OF THE CITY OF )
CRANSTON and JOY MONTANARO, )
EDWARD DIMUCCIO, CURTIS PONDER, )
FRANK CORSO III, and DONALD CURRAN )
in their capacities as members of the City of )
Cranston Zoning Board of Review, )
)
Defendants. )

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of all defendants.

Defendants,
By and through their counsel,

Dated: January 31, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 195-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following persons this 31 day of January , 2007:

Paul S. Cantor, Esq.
Law Office of Paul Cantor
321 South Main Street
Providence, R.I. 02903

/s/ Jeffrey S. Michaelson

January 31, 2007 January 31, 2007