UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OMNIPOINT HOLDINGS, INC.,

Plaintiff,

v.

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review,

Defendants.

C.A. No. 06-531-ML-DLM

MOTION TO DISMISS

Defendants hereby move, pursuant to Rule 12(b)(1), Fed. R. Civ. Proc., that this matter be dismissed for lack of subject matter jurisdiction. Alternatively, Defendants move that this matter be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of Motion to Dismiss, filed together with this Motion.

Defendants,
By and through their counsel,

Dated: February 16, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following persons this _16___ day of __February________, 2007:

Paul S. Cantor, Esq.
Law Office of Paul Cantor
321 South Main Street
Providence, R.I. 02903

________/s/ Jeffrey S. Michaelson______