UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OMNIPOINT HOLDINGS, INC.

v. CA 06-531 ML

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(1), or in the alternative pursuant to Fed. R. Civ P. 12 (b)(6). Defendants argue that the complaint must be dismissed because Plaintiff failed to avail itself of its statutory right to appellate review. Accordingly, Defendants argue that this Court lacks subject matter jurisdiction because the November 7, 2006 Decision of the City of Cranston Zoning Board is not a "final action" upon which a Telecommunications Act § 332 lawsuit can be based. Defendant has not filed any opposition to the Motion to Dismiss, and the time for doing so has long since passed.

Accordingly, the Court finds that the Motion is unopposed and that it should be and is hereby GRANTED for the reasons set forth in Defendants' Memorandum of Law in support of the Motion.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
March 13, 2007