# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**OMNIPOINT HOLDINGS, INC.**

**VS.** **C.A. NO. 06-531ML**

**THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW FOR THE CITY OF CRANSTON, JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO, III and DONALD CURRAN, in their capacities as members of the City of Cranston Zoning Board of Review**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, The City of Cranston, The Zoning Board of Review for the City of Cranston, Joy Montanaro, Edward DiMuccio, Curtis Ponder, Frank Corso, III and Donald Curran, against the plaintiff, Omnipoint Holdings, Inc., pursuant to the Memorandum and Order dated March 13, 2007 GRANTING defendants' Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: March 14, 2007