**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OMNIPOINT HOLDINGS, INC.
Plaintiff,

V.

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review

C.A. No. 06-531 ML

**STIPULATION**

By agreement of the parties, and with permission of the Court, the above-named defendants shall have up to and including March 30, 2007 to file an opposition to the Defendant's Motion to Dismiss filed in the above-entitled action.

/s/ Paul S. Cantor
Plaintiff
By and through its Counsel
Paul S. Cantor, #3177
Law Office of Paul Cantor
321 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 351-8200
Facsimile: (401) 351-9032
psc@cantorlaw.com

/s/ Jeffrey S. Michaelson
Defendants
By and through their Counsel
Jeffrey S. Michaelson
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220
jeffmichaelson@cox.net