**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.<br>Plaintiff,<br><br>V.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review | ) | C.A. No. 06-531 ML |

**PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)**

Now comes the Plaintiff and moves for relief from the judgment of dismissal entered on March 14, 2007. As grounds therefore, Plaintiff states that the judgment, which was entered as a résult of Plaintiff's failure to timely file an opposition to Defendant's Motion to Dismiss, was occasioned by mistake, inadvertence or excusable neglect, as set out in the áttached memorandum made a part hereof, and Plaintiff asks that in the interests of justice the judgment be vacated.

The Plaintiff
By its Attorney

/s/ Paul Cantor

Paul Cantor, #3177
321 South Main Street , Suite 302
Providence, Rhode Island 02903
Facsimile: (401) 351-9032
Psc@cantorlaw.com