**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.<br>Plaintiff,<br><br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review | ) | C.A. No. 06-531 ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FROM RELIEF OF JUDGMENT UNDER RULE 60(b)**

This case involves Plaintiff's challenge to the City of Cranston's denial of its request for a special permit to permit the erection of a telecommunications tower. The Complaint was filed on or about December 6, 2007. Five Defendants were served on or about December 7, 2006. Thereafter, Plaintiff's counsel was contacted by three successive counsel for Defendants, each of whom requested an extension of time to answer the Complaint. Plaintiff agreed to all three requests.

On or about February 16, 2007, Defendant answered and filed a Motion to Dismiss. Thereafter, Plaintiff, through counsel, contacted defense counsel to discuss the merits of the motion, Plaintiff's defenses to the motion, and the possibility of resolution of the claim. In a telephone conversation on February 26, 2007, Plaintiff's counsel

requested an extension of time to file Plaintiff's opposition to the Motion to Dismiss. Defendant, through counsel, agreed that Plaintiff could have an extension to oppose the motion as requested by Plaintiff. Through inadvertence, mistake, or excusable neglect, Plaintiff's counsel failed to file a stipulation reflecting the agreed upon extension. Plaintiff has meritorious defenses to the motion and is engaged in preparing an opposition. No prejudice will arise to Defendant through vacation of the judgment and reconsideration of the motion after Plaintiff's opposition is filed. Plaintiff has moved promptly for the requested relief.

Wherefore, the Plaintiff requests relief from the judgment entered on March 13, 2007, which the Court granted as unopposed, and permission to file the attached stipulation granting Plaintiff an extension through March 30, 2007 to file its opposition to Defendant's Motion to Dismiss.

Respectfully submitted
Plaintiff
By its Attorney

/s/ Paul Cantor

Paul Cantor, #3177
321 South Main Street , Suite 302
Providence, Rhode Island 02903
Facsimile: (401) 351-9032
Psc@cantorlaw.com