**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.<br>Plaintiff, | ) | |
| V. | ) | C.A. No. 06-531 ML |
| THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2007, a true and accurate copy of the Motion for Relief from Judgment Under Rule 60(b) and Memorandum in support thereof was mailed, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
PO Box 622
North Kingstown, RI 02852

/s/ Paul S. Cantor