UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-531ML |

**PLAINTIFF'S EXPERT DISCLOSURE**

Now comes the plaintiff, Omnipoint Holdings, Inc., pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and files the following designation of expert witnesses the plaintiff may call to testify at the time of trial:

1. Elijah Luutu
   2910 Kerry Forest Parkway $D4-354
   Tallahassee, FL 32309

A copy of the report of Mr. Luutu setting forth his opinions, together with corresponding exhibits and Mr. Luutu's statement of qualifications are collectively attached as exhibits to the

disclosure provided to counsel. This disclosure, as filed with the Court, does not include the report or corresponding exhibits.

OMNIPOINT HOLDINGS, INC.

By its attorneys,

*/s/ Paul S. Cantor*

Paul S. Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

*/s/ William A. Worth*

William A. Worth, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8005
Fax Number: (617) 456-8100

Date: September 14, 2007

**Certificate of Service**

**I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 14, 2007.**

***/s/ William A. Worth***