UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 06-531-ML-DLM |
| THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review, Defendants. | ) | |

MOTION TO EXTEND TIME FOR EXPERT DISCLOSURE

Defendants hereby move that the date by which they must make their expert disclosure be extended through and including October 25, 2007. In support of this Motion, Defendants state as follows:

1. Defendants received Plaintiff's Expert Disclosure on or about September 14, 2007, consistent with the requirements of the Court's Pretrial Scheduling Order.

2. Defendants have retained the services of an expert to review the materials in the case, including Plaintiff's Expert Disclosure, and render an opinion regarding various matters at issue in the litigation.

3. As a result of other obligations on the part of both Defendants' counsel and Defendants' expert, the review of materials and formation of an opinion has not been completed as of this date.

4. Defendants believe that Plaintiff will not be prejudiced if the requested extension is granted.

5. Plaintiff's counsel have assented to the granting of this Motion.

6. Defendants do not believe that this Motion requires the filing of a Memorandum of Law.

WHEREFORE, Defendants respectfully pray that the date by which their expert disclosure must be filed be extended through and including October 24.2007.

Respectfully submitted,
Defendants,
By and through their counsel,

Dated: October 15, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220

CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with opposing counsel before filing this Motion, and opposing counsel indicated they had no objection to the granting of the relief sought.

/s/ Jeffrey S. Michaelson

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

/s/ Jeffrey S. Michaelson