UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review,<br><br>Defendants. | ) | C.A. No. 06-531-ML-DLM |

DEFENDANTS' EXPERT DISCLOSURE

Now come the Defendants in this matter and, pursuant to Rule 26(a)(2), Fed. R. Civ. Proc., file this designation of expert witness the Defendants expect to rely on in the defense of this matter:

David Maxson
Broadcast Signal Lab, LLP
503 Main Street
Medfield, MA 02052

A copy of the Mr. Maxson's report, with attachments, have been provided to counsel. This disclosure, as filed with the Court, does not include the report or corresponding exhibits, consistent with Local Rules.

Respectfully submitted,
Defendants,
By their attorney,

Dated: October 24, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

/s/ Jeffrey S. Michaelson