UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-531ML |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Omnipoint Holdings, Inc. ("Omnipoint"), pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment. As grounds for its motion, Omnipoint states that, as a matter of law, the defendants' denial of Omnipoint's application to the defendant City of Cranston Zoning Board of Review effectively prohibits its provision of wireless services in violation of the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c)(7)(B)(i).

In further support of its motion, Omnipoint has filed herewith its Memorandum of Law in Support of the Summary Judgment Motion of Omnipoint Holdings, Inc. and Statement of Undisputed Facts together with the Affidavits of Shayana Cordova, Elijah Luutu, Gerald Marquis, Ricardo Sousa, Kristin Knuuttila and exhibits referred to in those affidavits.

WHEREFORE, this Court should enter an injunction: a) directing the Zoning Board of Review to grant approval of Omnipoint's request for use and dimensional variances; b) directing

the City of Cranston, through its officers and agents, to issue a building permit for construction of the monopole, antennas, cabinets and enclosure identified in Omnipoint's zoning application with respect to the property at 1753 Phenix Avenue, Cranston, Rhode Island; and c) enter judgment on behalf of Omnipoint in this matter.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorneys,

/s/ Paul Cantor

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

/s/William A. Worth

William A. Worth, Esq.
Kristin M. Knuuttila, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200.
Boston, MA 02114
Telephone: (617) 456-8000
Fax Number: (617) 456-8100

Date: November 29, 2007

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ William A. Worth