Cranston

# Elijah Luutu

2910 Kerry Forest Parkway # D4-354
Tallahassee, FL 32309
Elijah.Luutu@wirekom.com

## SUMMARY OF QULIFICATIONS

Over eleven (11) years of Radio Frequency (RF) experience in design, implementation, expansion, optimization and integration of Personal Communications Services (PCS) networks.

## PROFESSIONAL EXPERIENCE

**Wirekom, Inc**
**2910 Kerry Forest Pkwy # D4-354**
**Tallahassee, FL 32309**

Senior Engineer

T-Mobile USA / VoiceStream Providence, RI – Ericsson equipment (September '02 – Present)
Expand coverage footprint and optimization of a GSM network in New England market
Responsibilities included:
Team leader for the design team
Perform propagation studies
Designing expansion and capacity sites in New England market (Providence market)
Site visits accompanied by development team
Schedule and perform drive tests
Database management (SMS, Odyssey and Asset)
Prepared plots, supporting evidence and testify in zoning hearing

**Telnet, Inc** **November '98 – August '02**
**51 Monroe Street, Suite 1205**
**Rockville, MD 20850**
**(301) 840-7110**

Senior Engineer

VoiceStream Washington/Baltimore – Ericsson equipment (June '02 – August '02)
Design – expand coverage footprint in Montgomery and Fredrick counties (Maryland)
Responsibilities included:
Design and approved sites
Worked on setting up standard for design procedures
Site visits accompanied by site acquisition, A&E, zoning representative and construction team
Database management (SMS, Xcalibur and Odyssey)
Train some engineers on how to use Odyssey propagation tool

Telnet, Inc – Main office (February '02 – June '02)
In house projects which included responding to request for proposal (RFP) for turnkey projects, IT – 802.11b standards.

Omnipoint/VoiceStream Providence, RI – Ericsson equipment (November '99 – February '02
Expand coverage footprint and Optimization of a GSM network in New England
Responsibilities included:
Performing propagation studies
Designing expansion and capacity sites in New England market (Providence market)
Site visits accompanied by site acquisition, A&E, zoning representative and construction team
Scheduled and performed drive test
Database management (SMS, Xcalibur and Odyssey)
Prepared plots, supporting evidence and testify in zoning hearing
Optimization of a GSM network
GPRS deployment, testing and optimization

Sprint PCS Raleigh, NC – Motorola equipment (April '99 – October '99)
Expand coverage footprint (Phase III design)
Responsibilities included:
Performed site audits accompanied by site acquisition and construction teams
Performed RF propagation studies for Phase III design
Prepared drive test routes for the initial design (Phase III)
Database management (PlaNet)
Designed Phase III sites (Market expansion)
Antenna selection and recommendations
Attended zoning hearings

Sprint PCS Nashville, TN – Nortel equipment (January '99 – April '99)
Expand coverage footprint (Phase III design)
Responsibilities included:
Performed site audits accompanied by site acquisition and construction teams
Performed RF propagation studies for Phase III design
Prepared drive test routes for the initial design (Phase III)
Maintained PlaNet database
Designed Phase III sites for market expansion

**Expert Wireless Solutions** **April '96 – November '98**
**2050 Center Avenue, Ste. 120**
**Fort Lee, NJ 07024**
**(201) 944-7780**

Senior Engineer

Sprint PCS Greensboro, NC – Motorola equipment (May '98 – November '98)
Responsibilities included:
Analyzed single cell functionality test (SCFT)
Troubleshoot problem areas – recommended changes to improve performance
Analyzed cluster and system drive results and recommended network parameter changes to improve performance.
Planned cluster drive routes in MapInfo by identifying attenuator settings for respective morphology

Sprint PCS Nashville, TN – Nortel equipment (September '97 – December '97
Managed Nortel/Sprint CDMA market after the network was launched.
Responsibilities included:
Interacted with the client (Sprint PCS) on a daily basis regarding network performance and site integration.
Designed and approved post launch sites
Site integration
Post analysis and prepared deliverables to Sprint for sites integrated
Monitored day-to-day performance of the network
Schedule day-to-day activities in the market
Weekly meetings with Sprints PCS Network Operations Manager, Nortel Construction Manager and Sprint PCS engineers to discuss issue of network performance.
Approved any changes to the network (both hardware software changes)
Analyzed data and made recommendations to improve network performance
Provided Nortel Corporate with updated activities in the market on a weekly conference call
Prepared weekly and monthly reports
Updated and maintained PlaNet database
Made recommendations to improve capacity issues for heavily loaded sites

TelCorp Memphis, TN (August '97 – September '97)
Part of the team which started the initial design of TelCorp – Memphis market using IS-136 TDMA technology
Drive test the market to identify and classify different morphology classes

Sprint PCS St. Louis, MO – Nortel equipment (April '96 – April '97)
Part of the team that optimized St. Louis CDMA market.
Participated in optimization cluster drive and network drive tests
Performed post drive test data analysis including dropped calls, FER, coverage, pilot pollution and handoffs.
Hard handoff parameter analysis
Adjusting CDMA optimization parameters

Voice calls drive testing for hard handoff sites
CDMA RF coverage testing, sector testing and cluster testing

Sprint PCS Des Moines, IA – Nortel equipment (April '96 – April '97)
Part of the team that designed, implemented and optimized Des Moines, IA CDMA market
Performed RF propagation studies for the initial design
Analyzed handoff parameters
Prepared link budget analysis for the CDMA equipment
Performed site audits accompanied by site acquisition and construction teams
Worked in the switch to help drive test teams perform field propagation tests on sites
Model tuning
Assisted the drive test teams optimizing cluster drive and system drive tests
Supervised optimization teams for night shift
Executed parameter analysis for the BSC and the BTSs
Post drive test data analysis including FER, coverage, Pilot pollution, handoffs and dropped calls
Successfully completed customer acceptance
Integrated sites to the network after phase I launch
CDMA RF coverage test, sector testing and cluster testing

## EDUCATION

B.Sc in Computer Engineering, University of Alabama in Huntsville 1995

## TECHNOLGY

CDMA, GSM

## COMPUTER SKILLS

| | |
|---|---|
| Planning tools: | PlaNet, Odyssey, Wizard, Asset, DeskCat, Xcalibur |
| Software: | MapInfo, Ops32, Grayson's Surveyor32, RF Optimizer, RSAT 2000, Qualcomm MDM, HP Pilot Scanner (Viper), Stats (Nortel), Actix, Remedy, Reflection, SMS, Metrica, TEMS investigation, OSS, MS office |
| Hardware: | Nortel, Motorola and Ericsson |
| OS: | UNIX, MS-DOS, Macintosh, Windows |
| Languages: | Pascal, C, Assembly, FORTRAN and Excel Macros |