# Drive test data for existing coverage in Cranston, RI and the neighboring towns

