# Predicted coverage in Cranston, RI and the neighboring towns including PR646B (Solid Rock Church Flag pole) at 90 ft

Green = -84 dBm (Existing Cov)
Purple = -84 dBm (Predicted Cov)

