# Existing coverage in Cranston, RI within 4 miles from proposed site PR646B (Solid Rock Church)

Green = -84 dBm (Existing Coverage)

