# Federal Communications Commission
## Wireless Telecommunications Bureau
## Radio Station Authorization

Page 1 of 1
9

**LICENSEE NAME:** T-Mobile License LLC

DAN MENSER
T-MOBILE LICENSE LLC
12920 SE 38TH ST.
BELLEVUE WA 98006

| FCC Registration Number (FRN) | |
|---|---|
| 0001565449 | |
| **Call Sign** | **File Number** |
| KNLG270 | 0002991496 |
| **Radio Service** | |
| CW - PCS Broadband | |

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 06-05-2007 | 06-05-2007 | 06-27-2017 | 06-06-2007 |

| Market Number | Channel Block | Sub-Market Designator |
|---|---|---|
| BTA364 | D | 0 |

**Market Name:** Providence-Pawtucket, RI-New B

| 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date |
|---|---|---|---|
| 06-27-2002 | | | |

**SPECIAL CONDITIONS OR WAIVERS/CONDITIONS**

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

To view the geographic areas associated with the license, go to the Universal Licensing System (ULS) homepage at http://wireless.fcc.gov/uls and select "License Search". Follow the instructions on how to search for license information.

# Federal Communications Commission
## Wireless Telecommunications Bureau
## Radio Station Authorization



**LICENSEE NAME:** T-Mobile License LLC

DAN MENSER
T-MOBILE LICENSE LLC
12920 SE 38TH ST.
BELLEVUE WA 98006

| FCC Registration Number (FRN) | |
|---|---|
| 0001565449 | |
| **Call Sign** | **File Number** |
| KNLH320 | 0002991481 |
| **Radio Service** | |
| CW - PCS Broadband | |

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 06-05-2007 | 06-05-2007 | 06-27-2017 | 06-06-2007 |

| Market Number | Channel Block | Sub-Market Designator |
|---|---|---|
| BTA364 | F | 0 |

**Market Name:** Providence-Pawtucket, RI-New B

| 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date |
|---|---|---|---|
| 06-27-2002 | | | |

**SPECIAL CONDITIONS OR WAIVERS/CONDITIONS**

Conditions:
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

To view the geographic areas associated with the license, go to the Universal Licensing System (ULS) homepage at http://wireless.fcc.gov/uls and select "License Search". Follow the instructions on how to search for license information.

**Federal Communications Commission**
**Wireless Telecommunications Bureau**

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** Cook Inlet/VS GSM VII PCS, LLC

ATTN Sophie Minich
Cook Inlet/VS GSM VII PCS, LLC
2525 C Street
Anchorage, AK 99503

| **FCC Registration Number (FRN):** 0012214029 | |
|---|---|
| **Call Sign:** WQCX693 | **File Number:** |
| **Radio Service:** CW - PCS Broadband | |

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 06/20/2005 | 06/20/2005 | 06/20/2015 | 04/02/2007 |

| **Market Number:** BTA364 | **Channel Block:** C | **Sub-Market Designator:** 4 |
|---|---|---|
| **Market Name:** Providence-Pawtucket, RI-New Bedford-Fall Riv., MA | | |

| 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date |
|---|---|---|---|
| 06/20/2010 | | | |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

To view the geographic areas associated with the license, go to the Universal Licensing System (ULS) homepage at http://wireless.fcc.gov/uls/ and select "License Search". Follow the instruction on how to search for license information

FCC 601 - MB
September 2002

CLOSE WINDOW