UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-531ML |

**AFFIDAVIT OF GERALD MARQUIS**

Now comes Gerald Marquis, and being duly sworn, does hereby depose and say as follows:

1. I submit this Affidavit, based upon personal knowledge, in support of the Motion for Summary Judgment filed by Omnipoint Holdings, Inc. ("Omnipoint") in the above-captioned matter.

2. I am employed as a Regional Zoning Manager by Omnipoint. I have been, and am responsible for land use issues for Omnipoint wireless communication facilities projects throughout New England.

3. Omnipoint, a wholly owned subsidiary of T-Mobile, USA, Inc. ("T-Mobile"), is licensed by the Federal Communications Commission ("FCC") to provide Personal Communications Services ("PCS") in the State of Rhode Island, including the City of

Cranston. A true and copy of Omnipoint's license pertaining to the City of Cranston is attached to Omnipoint's Statement of Undisputed Facts as Exhibit 6.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 28th DAY OF NOVEMBER, 2007.

GERALD MARQUIS