UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review,<br><br>Defendants. | Civil Action No. 06-531ML |

**AFFIDAVIT OF KRISTIN M. KNUUTTILA**

Now comes Kristin M. Knuuttila, and being duly sworn, does hereby depose and say as follows:

1. I submit this Affidavit, based upon personal knowledge, in support of the Motion for Summary Judgment filed by Omnipoint Holdings, Inc. ("Omnipoint") in the above-captioned matter.

2. I am a partner at the law firm of Prince, Lobel, Glovsky & Tye LLP

3. I represent Omnipoint with regard to this matter.

4. A true and accurate copy of the Affidavit of David Maxson that was produced to Omnipoint by the defendants during the course of this litigation is attached as Exhibit 11. That Affidavit is quoted and referred to by Elijah Luutu in his affidavit.

SIGNED UNDER THE PENALTY OF PERJURY THIS 29th DAY OF NOVEMBER, 2007.

Kristin M. Knuuttila