UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review,<br><br>Defendants. | ) | C.A. No. 06-531-ML-DLM |

MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants hereby move that the date by which they must file their Opposition to Plaintiff's Motion for Summary Judgment be extended through and including January 4, 2008. In support of this Motion, Defendants state as follows:

1. Plaintiff filed a Motion for Summary Judgment on or about November 29, 2007.

2. Responding to the Motion requires Defendants' counsel to undertake substantial research and otherwise requires a substantial expenditure of time.

3. During the pendency of the Motion, Defendants counsel has had a number of other obligations and matters which have required substantial time and attention and, as a result, Defendants' counsel does not believe that he will be able to complete the Opposition to the Motion for Summary Judgment in the time provided for in the Rules.

4. In light of the fact that this is the holiday season, counsel and individuals with whom counsel will be consulting in preparing the Opposition have or may have obligations or plans which will make them, at various times, unavailable.

5. Defendants believe that Plaintiff will not be prejudiced if the requested extension is granted.

5. Prior to filing this Motion, the undersigned consulted with Plaintiff's counsel and was advised that Plaintiff does not object to the relief sought.

6. Defendants do not believe that this Motion requires the filing of a Memorandum of Law.

WHEREFORE, Defendants respectfully pray that the date by which their Opposition to Plaintiff's Motion for Summary Judgment must be filed be extended through and including January 4, 2008.

Respectfully submitted,
Defendants,
By and through their counsel,

Dated: December 14, 2007

/s/ Jeffrey S. Michaelson
Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220

CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with opposing counsel before filing this Motion, and opposing counsel indicated they had no objection to the granting of the relief sought.

/s/ Jeffrey S. Michaelson

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

/s/ Jeffrey S. Michaelson