# Exhibit A

FCC Federal Communications Commission

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People

# Universal Licensing System

FCC > WTB > ULS > Online Systems > License Search FCC Site Map

License Search

## Search Results

HELP

New Search Refine Search Printable Page

**Specified Search**

Name like **Omnipoint Holdings**

**No matches found** To try again, you can perform a new search or refine your existing search.

| | |
|---|---|
| **ULS Help** | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
| **ULS Online Systems** | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| **About ULS** | Privacy Statement - About ULS - ULS Home |
| **Basic Search** | By Call Sign = SEARCH |

FCC | Wireless | ULS | CORES Help | Tech Support

Federal Communications Commission
445 12th Street SW
Washington, DC 20554

Phone: 1-877-480-3201
TTY: 1-717-338-2824
Submit Help Request

License Search

# Search Results

**Specified Search**

State = **Rhode Island**
Radio Service = **CW**

Matches **1**- **10** (of **11** )

PA = Pending Application(s)
TP = Termination Pending
L = Lease

| | Call Sign/Lease ID | Name | FRN | Radio Service | Status | Expiration Date |
|---|---|---|---|---|---|---|
| 1 | KNLH269 | Cellco Partnership | 0003290673 | CW | Active | 06/27/2017 |
| 2 PA | WQCX693 | Cook Inlet/VS GSM VII PCS, LLC | 0012214029 | CW | Active | 06/20/2015 |
| 3 PA | KNLF216 L | New Cingular Wireless PCS, LLC | 0003291192 | CW | Active | 06/23/2015 |
| 4 | KNLF659 | NextWave Personal Communications Inc., Debtor-in-Possession | 0002964922 | CW | Canceled | 01/03/2007 |
| 5 PA | WQCS392 L | Punxsutawney Communications, LLC | 0012195483 | CW | Active | 05/13/2015 |
| 6 | KNLG270 | T-Mobile License LLC | 0001565449 | CW | Active | 06/27/2017 |
| 7 | KNLH320 | T-Mobile License LLC | 0001565449 | CW | Active | 06/27/2017 |
| 8 | WQEM959 | Vista License Holdings, L.L.C. | 0014776017 | CW | Active | 03/08/2016 |
| 9 | KNLF217 | WIRELESSCO, L.P. | 0002316545 | CW | Active | 06/23/2015 |
| 10 | L000002447 | Youghiogheny Communications - Texas, LLC | 0015321722 | CW | Active | 05/13/2015 |
| | Call Sign/Lease ID | Name | FRN | Radio Service | Status | Expiration Date |

License Search

# Search Results

**Specified Search**

State = **Rhode Island**
Radio Service = **CW**

Matches **11**- **11** (of **11** )

PA = Pending Application(s)
TP = Termination Pending
L = Lease

| | Call Sign/Lease ID | Name | FRN | Radio Service | Status | Expiration Date |
|---|---|---|---|---|---|---|
| 11 | L000001734 | YOUGHIOGHENY COMMUNICATIONS-TEXAS LLC | 0015321722 | CW | Expired | 09/01/2007 |
| | **Call Sign/Lease ID** | **Name** | **FRN** | **Radio Service** | **Status** | **Expiration Date** |