# Exhibit B

B

Location: Change Location | Store Locator | Cart
My T-Mobile phone # password log in
forget password? | register ›

T · · Mobile · stick together

Phones Plans Coverage

Home › Coverage

# Personal Coverage Check




Search by Address | Search by Intersection | Search by Landmark

**Check if T-Mobile coverage is right for you with Personal Coverage Check**

Prepaid and FlexPay coverage map ›
Learn more about T-Mobile's expanded coverage ›

**Signal Strength**

Street: 1753 PHENIX AVE
City: CRANSTON
State: RI Zip: 02921

search
clear

Zoom In

Zoom Out




**Mobile-to-mobile minutes and data services are not available in certain roaming areas included on T-Mobile's coverage maps.**

Print

**Map Legend**

X Address Location
850 MHz Roaming Coverage
T-Mobile Roaming Coverage
T-Mobile HotSpot ☐ Display
Roaming HotSpot (Additional charges apply)
Find a T-Mobile HotSpot ›

This map predicts and approximates our wireless coverage area outdoors, which may vary from location to location and may change without notice. It may include locations with limited or no coverage. Our maps do not guarantee service availability. Even within a coverage area, there are several factors, such as: network changes, traffic volume, service outages, technical limitations, signal strength, your equipment, terrain, structures, foliage, weather, and other conditions that may interfere with actual service, quality, and availability, including the ability to make, receive, and maintain calls. Multi-band (850/1900 MHz) GSM/GPRS handset required for access to 850 Roaming Coverage. Ask a T-Mobile sales representative or visit www.t-mobile.com/morecoverage for more information regarding handset requirements and T-Mobile 850 MHz coverage. 850 MHz roaming is offered through our roaming partners; some features (e.g. picture messaging, mobile to mobile) may not be available while roaming. Learn more ›


Wood St
Fairview Ave
Main St
New London Ave
Phenix Ave
Cranston St
East St
Budlong Rd
Pontiac Ave
Post Rd
Jefferson Blvd
Airport Rd
Warwick
Cranston
117
116
115
3
33
12
2
51
5
113
95
37
1
10