# Exhibit C

C

Predicted cov. in Cranston, RI including PR646B (Solid Rock Church FR) @ 87 ft

