# Exhibit E

(E)

T · Mobile · **Search Area** RF Engineering

| Search Ring ID# | 4PR0646 | Cell Name: | Mystery Farm Road |
|---|---|---|---|




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ref. Latitude: | NAD83 | 41-44-53 N | Desired Rad. Center: | 100 ft | People Soft Category : | Infill | |
| Ref. Longitude: | NAD83 | 71-30-43 W | Site Config: | 3 Sector | Release Date: | 11/14/2003 | |
| Gnd Elev. (ft ASL): | 302 | | RF Engineer | ELIJAH LUUTU | Site Rating: | A | |
| | | | | | Veh Traffic | No Data | |
| City/Town : | | Cranston | County : | Providence | POPS | 1,200 | IB-R |
| | | | | | 1st Tier Sector | Ave. Drops | Ave Traffic |
| | | | | | RI145A | 82 | 133.24 |
| | | | | | RI149C | 18 | 110.97 |
| | | | | | RI149A | 24 | 98.54 |
| | | | | | Total | 124 | 342.75 |

Coverage Objectives: Provide coverage to post paid customers in Cranston, RI and resolve drops on RI145A

Justification: A - 124 drops; No Data for Veh Traffic Poor Telephia Result
Currently the residential areas are served by an average of -98dBm

Potential Candidate:

Comments: Exceptional poor Telephia drive test results

Exec Director: [signature] ap Date:

Tech Director: [signature] Date: 11/18/03

RF Manager: Date: 11/18/03