# Exhibit F

F

| Site Name | Address | City | Distance from PR646B (Miles) |
|---|---|---|---|
| 4FR4024A | 1 Sailor Way | Cranston | 3.04 |
| 4FR4019A | 89 Worthington Rd | Cranston | 3.28 |
| 4FR4022A | 900 Phenix Avenue | Cranston | 1.74 |
| 4PR0184E | 1265 Reservoir Avenue | Cranston | 3.10 |
| 4PR0226A | 599 Phenix Avenue | Cranston | 2.48 |
| 4FR4026B | 85 Briggs Street | Cranston | 3.57 |
| 4PR0636A | 149 Laten Knight Road | Cranston | 1.51 |
| 4PR0227A | 3 John Street | Johnston | 3.76 |
| 4PR0180D | 116 Main Street | Scituate | 2.68 |
| 4PR0183F | Pole #G-185 (42) Off Duchess Street Park | Warwick | 3.78 |
| 4FR4015A | 99 Veteran's Memorial Drive (US 1) | Warwick | 3.75 |
| 4FR4050B | 244 W. Natick Street | Warwick | 1.63 |
| 4FR4018F | 289 Kilvert Street | Warwick | 3.22 |
| 4PR0213A | 155 Brookside Avenue | West Warwick | 3.19 |
| 4FR4016C | 102 Factory Street @ High School | West Warwick | 2.43 |
| 4PR0670B | 4 Blossom Street | West Warwick | 1.99 |