# Exhibit
# H

(H)

MOBILEDIA

Google

Search

Web Mobiledia.com

NEWS | REVIEWS | PHONES | CARRIERS | DOWNLOADS | FORUMS | SHOP

Fast²
The BlackBerry® Pearl™ 8130 smartphone
Connect with the fastest and largest national mobile broadband network.
> Shop now
Sprint ahead

Ads by Google Tower Map Cell Tower Locations Nextel Tower Sprint Towers At&T Towers

CELL PHONE COVERAGE | CELL PHONE TOWERS | DEAD SPOTS | ADD TO YOUR SITE

Home > Cell Phone Carriers > Cell Phone Towers > Cranston, RI Cell Phone Towers

## Cell Phone Towers - Cranston, RI

Cranston, RI Cell Phone Tower Maps - Browse where towers are located in Cranston, RI. When zoomed out, only a select number of towers are shown to speed up the loading process. To see a more complete picture, please zoom in.

The FCC does not require every antenna structure to be registered, and the map may or may not list all the towers in the area. Additionally, many carriers have sold their tower assets to third party companies, and leasing agreements are unknown. If this is the case, the best way to determine carrier coverage is by reading comments in the local area.

**Add Tower Search To Your Website... Free!**

If you would like to give your visitors access to Tower Maps, you can get the HTML code to post on your website free!

**5 Bar Signal Level**
Our solutions really work Use our antennas and boosters

**Better Cellular Reception**
Expand Coverage area w/ External Antennas, Amplifiers and Repeaters

Comments **Towers**




**Find Free Phones**

MOBILEDIA

- Free Cell Phones
- Free Camera Phones
- Free Smartphones

**Cell Phone Coverage Search**

Zip Code Go

**Cell Phone Tower Search**

City

-- Go

Natick D. W
Warwick, RI

*126,761 antennas last updated on Jul 16, 2007*

**5 Bar Signal Level**
Our solutions really work Use our antennas and boosters

**Better Cellular Reception**
Expand Coverage area w/ External Antennas, Amplifiers and Repeaters

[redacted]




Google [Search] ○ Web ◉ Mobiledia.com

Home | News | Reviews | Phones | Carriers | Downloads | Forums | Shop

About Us | Contact Us | Advertise | Feeds | Site Index

©2002-2007 Mobiledia Corp. A Cell Phone Resource Site. All Rights Reserved. Terms of Use | Privacy Policy




Ads by Google Cell Phones Towers Tower Cellular Tower Lease Crown Castle Towers Nextel Cell





## New Cingular Wireless Services, Inc. Cell Phone Towers




- Free Cell Phones
- Free Camera Phones
- Free Smartphones

**Cell Phone Coverage Search**

Zip Code Go

**Cell Phone Tower Search**

City
-- Go

**Antenna Structure**

Structure Type: Pole

**Satellite Imagery**




Imagery ©2007 DigitalGlobe, F

**Location**

| | |
|---|---|
| Lat / Long: | 41.730222<br>-71.499750 |
| Street: | Natick D W |
| City, State: | Warwick, RI |

**Height**

| | |
|---|---|
| Overall Height Above Ground: | 20.4 m |
| Overall Height Above Ground w/o Appurtenances: | 16.8 m |
| Elevation of Site Above Mean Sea Level: | 65.8 m |
| Overall Height Above Mean Sea Level: | 86.2 m |

Make Money on Cell Sites
We Need Cell Sites! Call Us Now at 1-866-599-7483
www.unisonsite.com

Repeaters and Boosters
Improve the Mobile phone signal inside your Office, Shop & Home
www.shyamtelecom.us

**Information**

Owner: New Cingular Wireless Services, Inc. Attention To: Fcc Group (Knlf216-governorshill) 5601 Legacy Drive, Ms:

| | |
|---|---|
| | A-3 |
| | P.O. Box |
| | Plano, TX 75024 |
| Contact: | Kellye Abernathy |
| | 5601 Legacy Drive, Ms: |
| | A-3 |
| | Plano, TX 75024 |
| Phone: | 4692297422 |
| Email: | kellye (DOT) e (DOT) abernathy (AT) cingular (DOT) com |

**Repeaters and Boosters**
Improve the Mobile phone signal inside your Office, Shop & Home
www.shyamtelecom.us

**Cell Phone Reception**
Testing Shows Wilson Amplifiers Outperform Other Brands. Try One!
www.WilsonElectronics.com

[redacted]




Google [Search] Web Mobiledia.com

Home | News | Reviews | Phones | Carriers | Downloads | Forums | Shop

About Us | Contact Us | Advertise | Feeds | Site Index

©2002-2007 Mobiledia Corp. A Cell Phone Resource Site. All Rights Reserved. Terms of Use | Privacy Policy

Google Maps

Address

**1753 Phenix Ave**
**Cranston, RI 02921**

Get Google Maps on your phone
Text the word "GMAPS" to 466453




approx. 5,000'