# Exhibit J

Predicted coverage in Cranston, RI including the Golf Course monopole @ 90 ft

Purple = -84 dBm (Predicted Cov)
Blue = -84 dBm (Predicted Cov.)
Green = -84 dBm (Existing Cov.)

