# Exhibit K

**Predicted coverage in Cranston. RI and the neighboring towns including PR646 (Golf Course Pond) at 150 ft**




Green = -84 dBm (Existing Cov)
Purple = -84 dBm (Predicted Cov)