# Exhibit L

L

http://10.16.6.211/ccrs/searchringReport.asp?siteid=4pr064(

T-Mobile

5/22/2006

4PR0646 Mystery Farm Road




Click on the map to: Zoom In Zoom Out Center Map width: 4 miles Change

[redacted]