# Exhibit
# M

NA

http://10.16.6.211/ccrs/searchringReport.asp?siteid=4pr064(

5/22/2006

T-Mobile

**4PR0646 Mystery Farm Road**




Click on the map to: Zoom In Zoom Out Center Map width: 4 miles Change

[redacted]