# Exhibit N

N

# SITE ACQUISITION INFORMATION CANDIDATE FORM

CORP. SPAN ID NO: 4PR – 646 - B    CANDIDATE NAME: Solid Rock Church

SITE ACQUISITIONIST: M Walsh    DATE: 2-2-04

CONTRACT COMPANY: JLEE    CANDIDATE RANKING ☒ 1 ☐ 2 ☐ 3

LEGAL ADDRESS: 1753 Phenix Ave    CITY: Cranston    ST: RI    ZIP: 02910

ASSESSOR'S PLAT/MAP: 24    BLOCK: 4    LOT / PARCEL:    LEASE AREA SIZE: 40x40

DEED BK & PG: /    COUNTY: Kent

LAND LORD NAME: Solid Rock Church    LAND LORD PHONE NUMBER: (401) 827 - 0770 ext.

LAND LORD ADDRESS: 42 West St Warwick RI 02886

STRUCTURE OWNER COMPANY NAME: T-mobile    CONTACT NAME: Rev Richard Leahey

ADDRESS: 1753 Phenix Ave Cranston RI    CONTACT PHONE NUMBER: (401) 827 - 0770 ext.

GROUND OWNER NAME: Solid Rock Church    GROUND OWNER PHONE NUMBER: (401) 827 - 0770 ext.

GROUND OWNER ADDRESS (IF DIFFERENT):

*(Please use comments to explain any extreme answers)*

ESTIMATE EASE OF OBTAINING LEASE ☒ Easy ☐ Moderate ☐ Difficult ☐ Not Possible

ESTIMATE TIME OF OBTAINING LEASE ☒ 1 month ☐ 2-3 months ☐ 4-6 mos ☐ more than 6 months

ESTIMATE TIME OF OBTAINING LOA ☒ Less than 2 wks ☐ 2-4 weeks ☐ more than 4 weeks (explain)

EXPECTED MAXIMUM LEASE TERM ☐ Less than 10 years ☐ 10-20 years ☒ more than 20 years

RENEWAL TERMS 4 TERMS OF 5 YEARS EACH

DOCUMENT TYPE ☒ Lease ☐ Sublease (request Master lease) ☐ License ☐ Landlord Form

ESTIMATED MONTHLY RENTAL ☐ under $800 ☒ $800 - $1,500 ☐ over $1,500

IS SITE WITHIN SEARCH AREA ☒ Yes ☐ No If no, direction and distance from locus:

ACCESS: ☒ 24 hour ☐ Restricted, see attached

SITE ACCESS CONTACT: Rev Richard Leahey    PHONE: 401-827-0770

IS SEPARATE EASEMENT REQUIRED FOR ACCESS TO PUBLIC ROAD ☐ Yes ☐ No

IS LEASE UNDER MLA? ☐ Yes ☒ No If yes, is separate ground lease required? ☐ Yes ☐ No

STRUCTURE OWNERSHIP: ☒ OHI ☐ Landlord ☐ Ground Owner (where different) ☐ Other:

ARE THERE WIRELESS FACILITIES WITHIN 1 MILE? ☐ Yes ☒ No ☐ Proposed ☐ Permitted

IF YES, LOCATION & CARRIER:

LATITUDE: 41 - 44 - 33    LONGITUDE: 71 - 30 - 30

GROUND ELEV: 325    STRUCTURE HT: 90    MOUNTING HT (RAD CTR): 87    (use feet for all measurements)

TYPE OF COORDINATE SYSTEM USED: ☐ NAD 27 ☒ NAD 83

ARE ANY OF THE FOLLOWING WITHIN CLOSE PROXIMITY:

| | Yes | No | DIRECTION & DISTANCE |
|---|---|---|---|
| Airport | ☐ Yes | ☒ No | |
| AM Radio Tower | ☐ Yes | ☒ No | |
| Wetland | ☐ Yes | ☒ No | |
| Landfill | ☐ Yes | ☒ No | |
| HAZMAT | ☐ Yes | ☒ No | |
| Junkyard | ☐ Yes | ☒ No | |

TYPE OF STRUCTURE:

☒ RAW LAND TOWER (Omnipoint to build)

☐ FUTURE TOWER (other carrier to build)

☐ EXISTING TOWER

TowerType: ☐ SST ☐ MP ☐ Guyed ☒ FP ☐ LP ☐ Tree

☐ WATER TANK ☐ UTILITY POLE

☐ SMOKE STACK ☐ ROOF TOP

☐ UTILITY Pole/ Tower ☐ STEEPLE

☐ OTHER please define:

REV 11/03