# Exhibit O

O

# SITE ACQUISITION INFORMATION CANDIDATE FORM

CORP. SPAN ID NO: 4PR - 646 - C CANDIDATE NAME: Cranston Cluf Club

SITE ACQUISITIONIST: MWalsh DATE: 6-21

CONTRACT COMPANY: JLEE CANDIDATE RANKING ☐ 1 ☒ 2 ☐ 3

LEGAL ADDRESS: 45 Burlingame Rd CITY: Cranston ST: RI ZIP: 02921

ASSESSOR'S PLAT/MAP: 24 BLOCK: 1 LOT / PARCEL: LEASE AREA SIZE: 40x40

DEED BK & PG: /

COUNTY: Kent

LAND LORD NAME: Lombardi Family LLC LAND LORD PHONE NUMBER: (401) 826 - 1683 ext.

LAND LORD ADDRESS: 45 Burlingame rd Cranston RI 02921

STRUCTURE OWNER COMPANY NAME: T-Mobile CONTACT NAME: Mike Lombardi

ADDRESS: Same CONTACT PHONE NUMBER: ( ) - ext.

GROUND OWNER NAME: GROUND OWNER PHONE NUMBER: ( ) - ext.

GROUND OWNER ADDRESS (IF DIFFERENT):

*(Please use comments to explain any extreme answers)*

ESTIMATE EASE OF OBTAINING LEASE ☐ Easy ☒ Moderate ☐ Difficult ☐ Not Possible

ESTIMATE TIME OF OBTAINING LEASE ☐ 1 month ☒ 2-3 months ☐ 4-6 mos ☐ more than 6 months

ESTIMATE TIME OF OBTAINING LOA ☐ Less than 2 wks ☒ 2-4 weeks ☐ more than 4 weeks (explain)

EXPECTED MAXIMUM LEASE TERM ☐ Less than 10 years ☐ 10-20 years ☐ more than 20 years

RENEWAL TERMS [illegible] TERMS OF [illegible] YEARS EACH

DOCUMENT TYPE ☒ Lease ☐ Sublease (request Master lease) ☐ License ☐ Landlord Form

ESTIMATED MONTHLY RENTAL ☐ under $800 ☐ $800 - $1,800 ☒ over $1,800

IS SITE WITHIN SEARCH AREA ☒ Yes ☐ No If no, direction and distance from focus:

ACCESS: ☒ 24 hour ☐ Restricted, see attached

SITE ACCESS CONTACT: Mike Lombardi PHONE: 401-826-1683

IS SEPARATE EASEMENT REQUIRED FOR ACCESS TO PUBLIC ROAD ☐ Yes ☒ No

IS LEASE UNDER MLA? ☐ Yes ☒ No If yes, is separate ground lease required? ☐ Yes ☐ No

STRUCTURE OWNERSHIP: ☒ OHI ☐ Landlord ☐ Ground Owner (where different) ☐ Other:

ARE THERE WIRELESS FACILITIES WITHIN 1 MILE? ☐ Yes ☒ No ☐ Proposed ☐ Permitted

IF YES, LOCATION & CARRIER:

LATITUDE: 41 - 44 - 24 LONGITUDE: 71 - 30 - 68

GROUND ELEV: 264 STRUCTURE HT: 90 MOUNTING HT (RAD CTR) : 87 (use feet for all measurements)

TYPE OF COORDINATE SYSTEM USED: ☐ NAD 27 ☒ NAD 83

ARE ANY OF THE FOLLOWING WITHIN CLOSE PROXIMITY:

| | | | DIRECTION & DISTANCE |
|---|---|---|---|
| Airport | ☐ Yes | ☒ No | |
| AM Radio Tower | ☐ Yes | ☒ No | |
| Wetland | ☐ Yes | ☒ No | |
| Landfill | ☐ Yes | ☒ No | |
| HAZMAT | ☐ Yes | ☒ No | |
| Junkyard | ☐ Yes | ☒ No | |

TYPE OF STRUCTURE:

☒ RAW LAND TOWER (Omnipoint to build)

☐ FUTURE TOWER (other carrier to build)

☐ EXISTING TOWER

Tower Type: ☐ SST ☐ MP ☐ Guyed ☐ FP ☐ LP ☐ Tree

☐ WATER TANK ☐ UTILITY POLE

☐ SMOKE STACK ☐ ROOF TOP

☐ UTILITY Pole/ Tower ☐ STEEPLE

☐ OTHER please define:

REV 11/03

4 yrs. 1 Term ends