UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OMNIPOINT HOLDINGS, INC.

v. CA NO. 06-531ML

CITY OF CRANSTON, et al.

**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that discovery, **with respect to experts**, will be closed by **April 4, 2008**.

Counsel shall file electronically by **April 18, 2008,** a memorandum which shall contain the following information:

1. (a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

1. (b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

2. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A statement as to probable length of trial.

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

After 10 days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called for trial on 48-hour notice, unless otherwise ordered by the undersigned.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
**February 4, 2008**

Entered as an Order of this Court on **February 4, 2008**

Deputy Clerk