UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OMNIPOINT HOLDINGS, INC.,

Plaintiff,

v.

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review

Defendants.

Civil Action No. 06-531ML

**JOINT MOTION TO SET FIRM TRIAL DATE**

The parties respectfully move that this Court set a firm trial date for this jury-waived trial, which the parties anticipate will not exceed a single day of trial. [1] As grounds, the parties state that each party's main witness will be an out-of-state expert witness. Each expert has commitments that will render problematic their attendance on forty-eight hour notice. Each party would be prejudiced by their inability to produce their expert for testimony.

Each expert is available during the week of May 27, and on Friday June 13, Friday, June 20 and Friday, June 27, and any day during the week of July 9. Should the Court be able to accommodate the parties but not these dates, the parties can provide additional dates when their experts can be available to testify.

[1] Should this matter require more than a single trial day, the parties do not object to non-consecutive trial dates, with the second date scheduled at the close of the first day.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorneys,

/s/ Paul Cantor
Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

/s/ William A. Worth
William A. Worth, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8005
Fax Number: (617) 456-8100

The CITY OF CRANSTON, et al.

By their attorney,

/s/ Jeffrey S. Michaelson
Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 295-5220

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2008.

/s/