AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Omnipoint Holdings
V.
The City of Cranston, et al.

## EXHIBIT AND WITNESS LIST

Case Number: CA 06-531ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | William Worth; Paul Cantor | Jeffrey S. Michaelson |
| **TRIAL DATE (S)** Bench Trial: June 27 & July 9, 2008 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 6/27/08 >>>>>>> W-1: Gerald Marquis |
| | | | | | 6/27/08 >>>>>>> W-2: Shayana Cordova |
| 1 | | 6/27/08 | | x | photo: area view |
| 2a | | " | | x | photo: Highview Dr. At Lofty Rd. |
| 2b | | " | | x | photo: Highview Dr. At Lofty Rd. |
| 3a | | " | | x | photo: from Kristen Dr. |
| 3b | | " | | x | photo: from Kristen Dr. |
| 4a | | " | | x | photo: from Maple Farm Rd. |
| 4b | | " | | x | photo: from Maple Farm Rd. |
| | B | " | | x | Search Area |
| | C | " | | x | Candidate Form (Solid Rock Church) |
| | D | " | | x | Candidate Form (Cranston Golf Club) |
| | | | | | 6/27/08 >>>>>> W-3: Michael Walsh |
| | | | | | 6/27/08 >>>>>> W-4: Elijah Luutu |
| 11 | | 6/27/08 | | x | C.V. of Elijah Luutu |
| 5 | | " | | x | map: existing coverage (Solid Rock Church) |
| 6 | | " | | x | map: predicted coverage in Cranston, RI |
| 7 | | " | | x | map: drive test data |
| 8 | | " | | x | map: predicted coverage (Solid Rock Church) |
| 9 | | " | | x | map: predicted coverage in Cranston, RI |
| 10 | | " | | x | table: site IDs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Omnipoint Holdings | vs. | The City of Cranston, et al. | CASE NO. CA 06-531ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | F | 6/27/08 | | x | predicted coverage: fire department |
| | G | " | | x | predicted coverage: golf course pond |
| | H | " | | x | predicted coverage: golf course pond |
| | I | " | | x | predicted coverage: golf course monopole |
| | K | " | | x | T-Mobile Personal Coverage Check |
| | L | " | | x | Elijah Luutu 9/13/07 letter report |
| | M | " | | x | list of sites with proximity |
| | N | " | | x | plaintiff's answers to interrogatories |
| | O | " | | x | Luutu affidavit |
| | T | " | | x | David Maxson CV |
| | | | | | ------------------------------------------------------------ |
| | | | | | 7/9/08 >>>>>> W-5: David Maxson |
| | W | 7/9/08 | x | | FCC Demonstration - Omnipoint |
| | BB | " | x | | Chart: T-Mobile Link Budget |
| | Z | " | x | x | Ariel photo of region of Cranston |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |