UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CURTIS PONDER, FRANK CORSO III, and DONALD CURRAN in their capacities as members of the City of Cranston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-531ML |

**CITE CORRECTION TO PLAINTIFF'S POST-TRIAL MEMORANDUM**

Plaintiff, Omnipoint Holdings, Inc. ("Omnipoint") has determined that its post-trial memorandum includes a citation error.

Footnote 2 on Page 9 of the Post-Trial Memorandum cites Sprint Telephony PCS, L.P. v. County of San Diego, 377 F. Supp 2nd 886 (S.D. Cal 2005) (Aff'd. on other grounds), 2007 U.S. App. Lexis 13811 (9th Cir. 2007). Please note that a complete citation should reflect that the case cited is being reheard, en banc by the 9th Circuit. Id., 527 F. 3rd 791 (9th Cir. 2008).

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorneys,

/s/ Paul Cantor

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

/s/ William A. Worth
William A. Worth, Esq.
Kristin M. Knuuttila, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8000
Fax Number: (617) 456-8100

Date: July 25, 2008

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 25, 2008.

/s/ William A. Worth